■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDY QUINONES, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Harrington, J.), rendered May 25, 1989, convicting him of robbery in the first degree and grand larceny in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Hikel,* 180 AD2d 820 [decided herewith]).

We have considered the defendant's remaining contentions and find them to be without merit. Thompson, J. P., Harwood, Balletta and Rosenblatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY RIDDICK, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vinik, J.), rendered January 17, 1986, convicting him of robbery in the first degree (two counts), upon a jury verdict, and imposing sentence.